395 P.3d 1241

U.S. BANK TRUST, N.A. as trustee for LSF9 Master Participation Trust, Plaintiff-Appellee,

v.

Helen Tolentino BUSTO, Defendant-Appellant,

and

Association of Apartment Owners of Ko'olani, Inc., Defendant-Appellee,

and

John Does 1-10, Jane Does 1-10, Doe Partnerships 1-10, Doe Corporations 1-10, Doe Entities 1-10, and Doe Governmental Units 1-10, Defendants.

NO. CAAP-16-0000334

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 14, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 14-1-2505)

8

## SUMMARY DISPOSITION ORDER

Vacate. Remand.